IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| MICHAEL EDWARD MUEHLEMANN, Institutional ID No. 2215265, Plaintiff, | § § § § § § |
| v. | § CIVIL ACTION NO. 1:18-CV-00178-C |
| MIDDLETON UNIT, *et al.*, Defendants. | § § § § § |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff did not file any objections and the time to do so has passed.[1] The District Court made an independent examination of the relevant portions of the record in this case and reviewed the Magistrate Judge's Report and Recommendation for plain error. Finding none, the Court **ACCEPTS** and **ADOPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that Plaintiff's complaint and all claims alleged therein are **DISMISSED** with prejudice for failure to state a claim.

This dismissal shall count as a qualifying dismissal under 28 U.S.C. §§ 1915 and 1915A, 42 U.S.C. § 1997e, and *Adepegba v. Hammons*, 103 F.3d 383 (5th Cir. 1996).

All relief not expressly granted and any pending motions are denied.

---

[1] The Report and Recommendation was returned, unopened, to the Clerk on March 27, 2019. The envelope was stamped with "RETURN TO SENDER, NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD," and the handwritten notations "UTF" and "Discharged." Plaintiff has not provided the court with his current address.

Judgment shall be entered accordingly.

SO ORDERED.

Dated April 25, 2019.

_____
SAM R. CUMMINGS
Senior United States District Judge